# UNITED STATES DISTRICT COURT
for the

WESTERN District of TENNESSEE

| | | |
|---|---|---|
| United States of America<br>v.<br><br>__JUSTIN JOHNSON__<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:18-cr-20350 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __10/18/2018__

X *[signature]*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

DAVID BELL, ASST. FD
*Printed name of defendant's attorney*

s/John T. Fowlkes, Jr.
*Judge's signature*

John T. Fowlkes, Jr.
*Judge's printed name and title*