**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:18-CR-20350-MSN |
| ) | SEALED |
| JUSTIN JOHNSON, ) | |
| Defendant. ) | |

## POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING

COMES NOW the United States of America, by and through D. Michael Dunavant, United States Attorney, and Marques T. Young, Assistant United States Attorney for the Western District of Tennessee, and notifies the Court of the position of the United States in accordance with § 6A1.2 of the United States Sentencing Guidelines.

1. The attorney for the United States received and reviewed the Presentence Investigation Report prepared in this matter on December 20, 2018.

2. The United States does not object to the factual findings or guideline calculations as contained in the Presentence Investigation Report.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

By:   s/ *Marques T. Young*
MARQUES T. YOUNG
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Marques T. Young, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Position Paper of the United States has been filed via the District Court's electronic case filing system and emailed to defense counsel, Mr. David Bell, Esq.

Respectfully submitted this 2nd day of January, 2018.

s/ *Marques T. Young*
MARQUES T. YOUNG
Assistant United States Attorney
167 N. Main, Suite 800
Memphis, Tennessee 38103
(901) 544-4231