PS 42
(Rev. 7/93)

# United States District Court

Western District of Tennessee

United States of America )
)
vs. )
)
Justin Johnson )
) Case No. 2:18CR20350-MSN

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Justin Johnson_____, have discussed with _____Alicia Cook_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

1) Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services Office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12-31-18    _____  12/31/18
Signature of Defendant   Date        Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                1/4/19
Signature of Defense Counsel         Date

☒ The above modification of conditions of release is ordered, to be effective on __01/09/2019__.
☐ The above modification of conditions of release is *not* ordered.

s/ Mark S. Norris                    January 9, 2019
MARK S. NORRIS                       Date
UNITED STATES DISTRICT JUDGE