# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Cr. No. 18-cr-20350-MSN |
| **vs.** ) | |
| ) | |
| **Justin Johnson,** ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have JUSTIN JOHNSON, USM #31115-076, now being detained in the Shelby County Jail and/or <u>Shelby County Correctional Center</u>, appear before Honorable Judge Mark S. Norris, on March 6, 2019, at 9:00 a.m. for Report and for such other appearances as this Court may direct.

Respectfully submitted this <u>1st</u> day of March, 2019.

                                                      *s/ Marques Young*
                                                    **MARQUES YOUNG**
                                                    **Assistant U. S. Attorney**

Upon consideration of the foregoing Application, JEFF HOLT, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN; SHERIFF FLOYD BONNER, JR., SHELBY COUNTY JAIL, MEMPHIS, TN AND/OR ANTHONY ALEXANDER, DIRECTOR OF SHELBY COUNTY CORRECTIONAL FACILITY.

YOU ARE HEREBY COMMANDED to have JUSTIN JOHNSON, USM #31115-076, appear before the Honorable Judge Mark S. Norris at the date and time aforementioned.

ENTERED this <u>1st</u> day of March, 2019.

                                                       *s/ Mark S. Norris*
                                                     **MARK S. NORRIS**
                                                     **UNITED STATES DISTRICT JUDGE**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."