AO 442 (Rev. 11/11) Arrest Warrant

USMS #31115076

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

2021 DEC 6 AM 10:25

United States of America
v.

Justin Johnson

*Defendant*

)
)
)   Case No. 2:18-cr-20350-01-MSN
)
)
)
)

ORIGINAL

2022 JAN 21 PH 5:11 RECEIVED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Justin Johnson                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☒ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Supervised Release

in violation of Title 18, United States Code, Section(s) 3583.

Date:   12/03/2021

City and state:   Memphis, Tennessee

Zandra Frazier
*Issuing officer's signature*

Thomas M. Gould, Clerk, U. S. District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 1/20/22
at *(city and state)* Memphis, TN.

Date: 1/25/22

*Arresting officer's signature*

*Printed name and title*